**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| ERIC SION GREGORY, | No. 14-55599 |
| Plaintiff - Appellant, | D.C. No. 2:12-cv-07805-SVW-MRW |
| v. | |
| ANN BOLLAY, Dr., individual; et al., | MEMORANDUM[*] |
| Defendants - Appellees. | |

Appeal from the United States District Court
for the Central District of California
Stephen V. Wilson, District Judge, Presiding

Submitted May 13, 2015[**]

Before:     LEAVY, CALLAHAN, and M. SMITH, Circuit Judges.

Eric Sion Gregory, a California state prisoner, appeals pro se from the

district court's summary judgment in his 42 U.S.C. § 1983 action alleging

violations of state and federal law in connection with his medical treatment.  We

have jurisdiction under 28 U.S.C. § 1291.  We review de novo, *Toguchi v. Chung,*

_____

[*]     This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36-3.

[**]     The panel unanimously concludes this case is suitable for decision without oral argument.  *See* Fed. R. App. P. 34(a)(2).

391 F.3d 1051, 1056 (9th Cir. 2004), and we affirm.

The district court properly granted summary judgment on Gregory's Eighth Amendment deliberate indifference claim because Gregory failed to raise a genuine dispute of material fact as to whether Bollay knew of or disregarded an excessive risk of serious harm to Gregory's health. *See Toguchi*, 391 F.3d at 1057-58 (a prison official acts with deliberate indifference only if the official knows of and disregards an excessive risk to inmate health; neither a prisoner's difference of opinion concerning the course of treatment nor mere negligence in treating a medical condition amounts to deliberate indifference).

**AFFIRMED.**

14-55599